# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

146746

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICKY ALLEN PARKS,
      Defendant-Appellant.

SC: 146746
COA: 311435
Shiawassee CC: 02-007574-FC

_____/

     By order of October 23, 2013, the application for leave to appeal the January 3, 2013 order of the Court of Appeals was held in abeyance pending the decision in *People v Shaver* (Docket No. 146521). On order of the Court, leave to appeal having been denied in *Shaver*, ___ Mich ____ (2014), the application is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

h0324